UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE: WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION, | 2:03-CV-01431-PMP-PAL BASE FILE<br><br>ORDER |
| *Sinclair Oil Corporation v. e-Prime, Inc. and Xcel Energy Inc.*, | 2:06-CV-00267-PMP-PAL |
| *Sinclair Oil Corporation v. OneOK Energy Services Company, L.P.* | 2:06-CV-00282-PMP-PAL |

IT IS ORDERED that the Clerk of Court shall administratively close these actions pending resolution of the appeals of this Court's July 18, 2011 Order to the United States Court of Appeals for the Ninth Circuit.

DATED: August 31, 2011

_____
PHILIP M. PRO
United States District Judge